ORIGINAL

Theodore Stove
FULL NAME
Theodore Stove
COMMITTED NAME (if different)
San Quentin State Prison
FULL ADDRESS INCLUDING NAME OF INSTITUTION
San Quentin, California 94974
G-11092
PRISON NUMBER (if applicable)

**FILED**

JUN 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

RMW

(PR)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Theodore Stove,

PLAINTIFF,

v.

Warden Ayers, Et. Al.,

DEFENDANT(S).

CASE NUMBER

**CV - 08** *To be supplied by the Clerk* **2946**

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? ___2___

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I attempted to file in Los Angeles Calif., while in County Jail. However I could never get a Account Certification, And while waiting my Legal paperwork was Removed in a Search at County Jail. I was moved during the process of attempting to track it all down, But filing was denied due to Certification of Account trust.

a. Parties to this previous lawsuit:

Plaintiff _____ *N/A* _____

Defendants _____

_____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

If your answer is no, explain why not *Because when A inmate Files A grievance There is No Reciept, and its impossible to get one From Staff when Filing.  So where is My Complaint, why is it not Answered, and There is no Record? Because its Answer Staff and They are disposed of in Trash.*

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff *Theadore SHove*
(print plaintiff's name)

who presently resides at *SAN Quentin State Prison*
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

*SAN Quentin State Prison*
(institution/city where violation occurred)

on (date or dates) _May 15th 2008_.  _____  _____
                        (Claim I)              (Claim II)                    (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than
             five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _Warden Ayers_ _____  resides or works at
             (full name of first defendant)
   _San Quentin State Prison, San Quentin, CA. 94974_
   (full address of first defendant)

   _Warden of Prison_ _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_Plaintiff after being denied access to courts filed grievance actually 4 of them_
_and was repeatedly informed they were lost. Letter of Intent filed directly to_
_Warden Ayers, By and through legal mail Prison Records. Ayers refused to respond._

2. Defendant _____  resides or works at
             (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____
_____

3. Defendant _____  resides or works at
             (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____
_____

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

    _____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

    _____

CV-66 (7/97)

**D. CLAIMS***                          CLAIM I

The following civil right has been violated:

The Constitutional Right to due Process of Law, Denial of Access of
Courts. Inmates have A Limited Legal Process Afforded there and Legal
Standards And Process to Complete Prior to Judicial Review. With
Legal remedies denied within institution Constitutional grievance Rights
Are Denied.

The plaintiff is wishing to address issues within grievance procedure
But with properly imposed Safeguards. Such As Staff giving a Signed
Reciept to inmate when Filing grievance, so as to deem the Complaint
As Filed, timely, and can substantiate the issues were introduced raised in
the First place.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without
citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each
DEFENDANT (by name) did to violate your right.

Plaintiff Filed on or about April 4th a 602 "which is A grievance", and
Another one on or about 7th day of April, Another 10th day of April, And
one on May 2008. Inmate turned complaints into staff and Received no receipt, But
I asked Staff about the 602's Filed. I was informed that generally they are
disposed of in trash and there is no Response. This makes it impossible to
meet the standards of Exhaustion, so plaintiff wrote a Letter of Intent and
mailed it to Warden Ayers. I completely Addressed each and every issue
And this is to include no Response to Filed 602's. I Stressed my intent
To Resolve this issue at Institutional Level And Requested some type of
acknowledgement within 10 days. I did not demand Resolution, But some type
of notice Resolution was being Reviewed. (see Exhibit A)
      There was no Response from the warden Ayers who is Responsible For
The Running and maintaining all procedures at the institution of SAN Quentin.
At this time I Am Seeking Resolution in the district Court, But as to Safeguards
OF inmate grievance procedure.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same
outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The relief prayed for is simple and within the limited established Constitutional rights of Plaintiff. First of all there should be quadruple forms at informal level so staff signed for them and a copy is given inmate. The same is true a grievance level and also both appeals. Without a signed copy of filing, there is no proof as to staff recieving the complaint, without reciept inmate cannot prove filing complaint. Naturally sometimes things get lost, but a pattern is no a coincidence and that the case here.

This Court could order compliance with signed copies to both parties as in Arizona, Nevada, and most other states within ninth circuit. Plaintiff will be happy to resubmit 602 as long as a reciept can be perfected. Further the warden should recieve a notice that a small amount of effort on his part, could save our courts time and money, as well as the people of state of California.

Further Plaintiff requests filing fee's from Defendant and $100.00 (One thundred dollars) legal fee.

Furthermore any other safeguards, penalty, and or protections neccessary to maintain the a balance of justice which should be viewed a the proper remedies of legal resolution.

If the court wishes Plaintiff could amend and include all issues, but maybe better to correct system then monitor its operation. Whatever this court deems necessary to maintain the balance of justice. It is so prayed.

MAY 28th 2008
(Date)

_____
(Signature of Plaintiff)

4281985

Exhibit A

Theodore Shove

G11092

San Quentin State Prison

San Quentin, Ca. 94974


5-15-08


Warden

San Quentin State Prison

San Quentin, CA. 94974


RE: Notice of Intent


Greetings Warden Ayers:


This is to issue proper notice and intent short of resolution
To Formally File Civil Rights Complaint Before United States
District Court pertaining issues as stated below;


1. Denial of Meaningful Access to Courts, And Denial of Due Process
of Law before the Courts;

A. Refusing to Respond to any 602 Filed by Plaintiff within A/C Lock-up.
Further any excuse for denying time frames has gone beyond acceptable.

B. Violating your own grievance procedure also denies Exhaustion of
State Remedies to Prisoners pertaining to Title 42 Subsection 1983.

C. Counselor Mivery on 4/26/08 when I requested as she passed by, to
Accept account verification and certification for inmate Shove. She
Claimed she had no paperwork. However inmate Shove supplied her with
Legal Copy for Federal Court. She accepted paperwork and informed
Inmate Shove it would be completed and returned by 4-28-08.

As of this day 15th of May, 2008 nothing has been Returned to inmate Shove.

D. It should be noted all Manila envelopes were Removed From my property By Prison staff. Now to mail legal documents I have no manila envelopes, and they are not supplied By staff either.

E. Access to Law Library is mandatory with a person who is in poosour person status, and being in this unit creates additional limits. These limits are staff imposed as this is your disciplinary unit, yet I am not in a disciplinary situation Regardless of my placement in disciplinary unit.

2. Deliberate Indifference to Serious medical needs and Cruel And Unusual Punishment;

A. I arrived here at San Quentin State Prison on or about 4-23-08 I was in possession of my Court and Los Angeles County Jail Approved tennis Shoes. At a wopping cost of $187.00 to meet my medical needs and L.A. County security demands, I was issued a medical Chrono. I presented my medical paper work and court paperwork to Security staff at prison. They took my shoes and informed me there was a steial Bar inside them From maker, and Doctor has to issue a chrono From medical or when I left A/C Building I could have them. I spoke to Doctor And informed him of Both Court and medical orders issued Alon Specialost examination at my own expense. Doctor wu informed me they are not necessary And Doctor Wu's Diagnosed with no type of examination or Based upon any medical Review. He simply wavied his hand and said I was cured.

B. Doctor Wu once again cured me of a life time condition of severe allergies. I have allergies to Contors, wool, and

A number of other things, I attempted to explain that at L.A. County Jail I was able to get by with NO wool at all, But Conton Blankets, and three times a day 50 micrograms of Benodril. Otherwise I scrach all night and get sores all over. He informed me it was not neccessary any Further, I was healed and he dose not like to see prisoners to Conforatable here.

C. my left hand has been severed and at a Large expense Repaired I have to use Longer Cuffs, And with extra Chain Between Them, now most staff notices this and acts property. But Some do not. They tell me I should have a docter's Chrono, which I had at County, They Required Large Cuffs and Two sets. Your Docter Wu looked at it, and said there Not necessary untic it Brenks.

These issues pertaining to medical status with Direct exumation, tests, or Specialist to be over Ruled By Docter Wu. Clearly establishes deliberate indifference to Serious medical needs. He is aware of medical needs and act with Indifference, to intentionally Create Cruel and unusall punishments. Especially as Records Verify conditions diagnosis and Shoes purchased By inmate Shove, Cuffs Are Aviable, and Benedril Cost Card hardly be a issue in which he can Stand upon.

Six; I Stand Ready to either Resolve, and/or Request The U.S. District Court to make Rulings Based upon Evidence. Naturally Resolution at your Level should be beneficial to all parties. However, IF its Not Legal notice of intent is now been Served. IF we have Any hopes of

Resolving these issues, I would hope to enjoy some type of Response on or before the 26th day of May, 2008.

Thank you for your time and consideration in this most worthy cause, and I would hope to enjoy a Resolution to all parties at this most informal level.

Respectfully Submitted,

Theodore Sherve

Copies mailed this 15th day of May, 2008;
TO;

U.S. District Court
Los Angeles, CA.

U.S. Dept. of Justice
Los Angeles, CA.

State Attorney Generals Office
Sacramento, CA.



Theodore Shove
C01109L
San Quentin State Prison
San Quentin, CA. 94974

LEGAL MAIL

RECEIVED

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Office of Clerk
450 Golden Gate Ave.
San Francisco, CA. 94102

UNITED STATES POSTAGE
$ 01.85°
PITNEY BOWES
02 1M
0004248283
JUN 06 2008
MAILED FROM ZIP CODE 94964