Theodore Shove
G-11092
San Quentin State Prison
San Quentin, CA - 94974

PRO-SE


FILED
08 JUL 24 PM 3:38
CLERK U.S. DISTRICT...

United States District Court
Central District of California

Theodore Shove,
   Plaintiff,
vs.
Warden Robert Ayers, Et. Al,
   Respondent.

Case No: CV 08 2946 RMW PR

Motion For Extension of Time of Filing Forma Pauperis Certificate of Funds

Comes now Theodore Shove, Plaintiff and requests additional time to comply with court orders of June 12th, 2008. Plaintiff has mailed and requested a copy from Counselor at San Quentin State Prison. Three different times. There being no response, Plaintiff went directly to Warden Ayers, via U.S. mail. This action was perfected on 7-14-08, and is hopeful for a response. Plaintiff was moved and all paper work (legal) was with held from plaintiff. This has created a potential default in this case and cause. However it through no fault or mis-conduct by plaintiff. (see exhibit A)
Therefore having shown good cause Plaintiff prays

This motion is Granted 8-24-08 be the new due date for this Certificate. Should there be any further delays, problems, and or refusals to comply by Defendants, Plaintiff will file for protective orders. It would then be very clear this is intentional act to block Plaintiff from due Process Rights. It is so Prayed

Respectfully Submitted this 28th day of July 2008.

Theodore Shove
Plaintiff PRO-SE

Declaration in Support of Additional Time to Comply

I Theodore Shove, am the Plaintiff in (CV-08-2946 RMW) and I make the follow statements under penalty of perjury. The Statements I make are true and correct to the best of my knowledge;

1. I have attempted to have three different forms delivered to Prison Counseler, and to date no Response was to be had.

2. As a last Resort I caused a form and Request to be Sent to Warden of Institution via U.S. mail, and Submitted Letter of Intent within.

3. On July 3, 2008, I was moved and all my property was Removed from me until July 11th 2008. Afternoon. This is to include all legal work, medicine for extremely High Blood pressure, Diabetic, and C.O.P.D. Aswell as doctored ordered Shoes. This had a serious effect on Plaintiff Health, and caused Delays in filing motions before The Court.

4. Legal Notice was Served upon Warden Robert Ayers, on 7-14-08.

Plaintiff can attest to above statements as being true and correct to best of his knowledge. Statements made under penalty of perjury signed This 21st day of July, 2008, at San Quentin State Prison.

Theodore Shove
Plaintiff PRO-SE

Exhibit A

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   July 8, 2008

To:     **INMATE THEODORE SHOVE, G-11092, 2-EY-05**

From:   Department of Corrections, California State Prison, San Quentin, CA  94964

Subject: **LEGAL MAIL**

Inmate Shove, on Monday, July 7, 2008, I interviewed you regarding your letter addressed to Warden Ayers. You stated that you just wanted the problem of Legal Mail being opened and items missing fixed. I explained to you that outgoing Legal Mail is not opened by the mailroom and all Legal Mail is processed the same day the mailroom receives the mail. All mail is processed through a Postage Meter Machine to ensure it has postage and or a cancellation stamp showing its sending facility.

Inmate Shove, you also indicated that you have court deadlines to meet and that your Legal Mail is still in your property which has not been delivered to you. You requested that you receive your Legal Mail property in order to continue your legal process and meet all of your court deadlines.

On Tuesday, July 8, 2008, I spoke to the East Block Property Officer and he informed me that your property (including legal) is still in the Adjustment Center Property room. The Adjustment Center Property Officer informed me that your property will be processed and delivered to the East Block Property Officers within the next two (2) days.

Inmate Shove, all Mailroom staff will be given additional training to adhere to all rules and regulations regarding the processing of incoming and outgoing "Legal Mail", and to correctly complete the appropriate memorandum should your legal mail be inadvertently opened.

Should you have any questions or concerns, please contact the San Quentin Mailroom.

*[signature]*
T. AMRHEIN-CONAMA
Correctional Sergeant
San Quentin Mailroom

CDC 1617 (REV 6/97)



Theodore Shove
G11092
San Quentin State Prison
San Quentin, Ca. 94974

Legal Mail

United States District Court
Office of Clerk
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

*[Signature] 7/22/08*