*E-FILED - 8/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE, | No. C 08-2946 RMW (PR) |
| Plaintiff, | ORDER DENYING AS MOOT PETITIONER'S MOTION FOR EXTENSION OF TIME |
| v. | |
| WARDEN AYERS, | |
| Defendant. | (Docket no. 7) |

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 23, 2008, plaintiff was granted leave to proceed in forma pauperis. That same day, the court dismissed his complaint for failure to allege a cognizable claim under § 1983.

On July 28, 2008, the court received petitioner's motion for extension of time to file in forma pauperis papers, including a certificate of funds. Because the court previously granted petitioner's motion to proceed in forma pauperis, and because the court has already dismissed petitioner's civil rights complaint for failure to state a claim, petitioner's motion for extension of time (docket no. 7) is DENIED as moot.

IT IS SO ORDERED.

DATED: 8/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying as Moot Petitioner's Motion for Extension of Time
P:\pro-se\sj.rmw\cr.08\Shove946postjud