Theodore Shove
G11082
San Quentin State Prison
San Quentin, CA. 94974

August 7th 2008

FILED
2008 AUG 14 P 5:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

Office of Clerk U.S. District Court
Northern District California
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Dear Clerk:

On 21st day of July 2008 I filed a motion for Extention in Case CV-08-2946-RMW (PR). I requested a conformed copy of top page, and placed within a self-addressed pre-paid envelope. To date I have received nothing and I would like to know this was filed. Thank you.

On 29th day of July, 2008, I filed a motion for Reconsideration of dismissal order. Once again I enclosed a pre-paid envelope self addressed and requested a conformed copy. I have recieved nothing at all, and I need confirmation of filing. Thank you.

If there is a problem I surely need to know, and I've tried to make it easy by enclosing pre-paid self addressed envelope, I am now at a loss if it was received. Please assist me in this most worthy cause. Thank you again for your time and consideration.

Respectfully requested,

Theodore Shove
Pro-Se

cc:
file

Theodore Shove
G11699
San Quentin State Prison
San Quentin CA 94974

Legal Mail

Office of the Clerk, U.S. District Court
Northern District of California
280 South First St, Rm. 2112
San Jose, CA. 95113-3095

*[Signature and date 8/13/08 handwritten sideways]*