*E-FILED - 1/23/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THEODORE SHOVE,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN AYERS, et al.,<br><br>    Defendants. | Case No. C 08-2946 RMW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendants R. Ayers, Jr. and D. Wu (Defendants) filed a request for a 60-day extension of time up to and including March 9, 2009 to file a dispositive motion. The Court, having considered Defendants' request, and good cause having been found:

**IT IS ORDERED** that Defendants' request for an extension of time up to and including March 9, 2009 to file a dispositive motion is GRANTED. Any opposition by Plaintiff to Defendants' dispositive motion shall be filed on or before April 8, 2009. Any reply brief by Defendants shall be filed on or before April 23, 2009.

Dated: 1/22/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

[~~Proposed~~] Order Granting Defs.' EOT File Dispositive Mot.

*T. Shove v. R. Ayers, et al.*
Case No. C 08-2946 RMW