*E-FILED - 1/23/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THEODORE SHOVE,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN AYERS, et al.,**<br><br>Defendants. | Case No. C 08-2946 RMW<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES** |

Defendants R. Ayers, Jr. and D. Wu (Defendants) filed a motion to withdraw their ex parte request for a thirty-day extension of time to respond to Plaintiff Theodore Shove's Request for Interrogatories.  The Court, having considered Defendants' request, and good cause having been found:

**IT IS ORDERED** that Defendants' Motion to Withdraw Ex Parte Request for Extension of Time to Respond to Interrogatories is GRANTED.

Dated: __1/23/09_____

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE

[~~Proposed~~] Order Granting Defs.' Mot. to Withdraw Ex Parte Req. EOT Resp. to Interrogs.     *T. Shove v. R. Ayers, et al.*
Case No. C 08-2946 RMW

1