*E-FILED - 6/3/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE SHOVE, | ) | No. C 08-2946 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| WARDEN AYERS et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to dismiss the action for failure to exhaust administrative remedies. A judgment of dismissal without prejudice is entered.

IT IS SO ORDERED.

DATED: __6/3/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Shove946jud2.wpd