*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE SHOVE, | ) | No. C 08-2946 RMW (PR) |
| Plaintiff, | ) ) | ORDER CERTIFYING THAT APPEAL IS NOT TAKEN IN GOOD FAITH |
| v. | ) ) | |
| WARDEN AYERS et al., | ) | (Docket Nos. 66, 69) |
| Defendants. | ) ) ) | |

    This is a Section 1983 action brought by an prisoner proceeding pro se. Plaintiff was granted leave to proceed in forma pauperis ("IFP"). Defendants' motion to dismiss for failure to exhaust was granted on June 3, 2009. On June 19, 2009, plaintiff filed a motion for reconsideration. On August 25, 2009, the court denied plaintiff's reconsideration motion. On September 10, 2009, plaintiff filed a timely notice of appeal.

    Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed in forma pauperis in district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith. Section 1915(a)(3) of Title 28 of the United States Code similarly provides that an appeal may not be taken IFP if the trial court certifies it is not taken in good faith. "Not taken in good faith" means "frivolous." Ellis v. United States, 356 U.S. 674, 674-75 (1958); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (order).

Order Certifying that Appeal is Not Taken in Good Faith
P:\PRO-SE\SJ.Rmw\CR.08\Shove946ifpapp.wpd

1   Because the court's ruling was clearly correct, it is CERTIFIED that this appeal is
2 frivolous and therefore not taken in good faith.  The clerk shall notify plaintiff forthwith and the
3 court of appeals of this order.  <u>See</u> Fed. R. App. P. 24(a)(4).  Plaintiff may file a motion for leave
4 to proceed IFP on appeal <u>in the court of appeals</u> within thirty days after service of notice of this
5 action.  <u>See</u> Fed. R. App. P. 24 (a)(5).  Any such motion "must include a copy of the affidavit
6 filed in the district court and the district court's statement of reasons for its action."  <u>Id.</u>
7   This order terminates docket nos. 66 and 69.
8   IT IS SO ORDERED.
9 DATED:  __11/6/09_____            */s/ Ronald M. Whyte*
                                        RONALD M. WHYTE
10                                      United States District Judge

Order Certifying that Appeal is Not Taken in Good Faith
P:\PRO-SE\SJ.Rmw\CR.08\Shove946ifpapp.wpd     2